UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Dellamedaglia,

                        Plaintiff(s),

          -against –

MGM Yonkers, Inc., et al,

                        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:23-CV-11222 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  March 25, 2025
       White Plains, New York

                                                      _____
                                                      CATHY SEIBEL, U.S.D.J.